JANET M. TURNER et al., Respondents, *v.* JANET CRICHTON, Executrix, etc., impleaded, etc., Appellant.

(Argued September 23, 1873; decided September 30, 1873.)

THIS was an appeal from an order of General Term, modifying and affirming as modified, a Special Term order appointing a receiver of the personal estate of defendant's testator. The action was for an accounting and settlement by defendant, as executrix. *Held,* that the court below had the power to make the appointment, and that the order was not appealable to this court.

*D. Magone* for the appellant.

*Edward C. James* for the respondents.

Agree to dismiss appeal. No opinion.
Appeal dismissed.

---

ALBERT COREY *v.* WALTER P. LONG.

(Argued September 23, 1873; decided September 30, 1873.)

THIS was an appeal by James M. Gano, receiver, etc., of defendant, from an order of General Term affirming an order of Special Term confirming the report of a referee to whom it was referred to take and settle the accounts of said receiver.

*M. V. B. Bachman* for James M. Gano, receiver, etc., appellant.

*F. N. Bangs* for William P. Buckmaster, assignee, etc., of plaintiff, respondent.

Agree to affirm. No opinion.
Order affirmed.